# EXHIBIT 12

Our Ref:   254-76
Your Ref:  Please Provide

November 11, 2022



**GIBSON LAW PRACTICE PLLC**

244 FIFTH AVENUE, STE D17,
NEW YORK, NEW YORK  10001
P: +917.563.2483
ADMIN@GIBSONLAW.NYC
WWW.GIBSONLAW.NYC

S. CLAIRE GIBSON
CLAIRE@GIBSONLAW.NYC

**VIA PRIORITY MAIL & EMAIL**
Attn: Connie L. Ellerbach, Esq.
Fenwick & West LLP
801 California Street
Mountain View, California 94041
cellerbach@fenwick.com

Re:   Infringement of HealthSmart Foods, Inc.'s SWEET NOTHINGS,
      Reg. No. 5,306,700, Ser. No. 87/424,002

Attorney Ellerbach,

This firm represents HealthSmart Foods, Inc. (hereinafter "HealthSmart"). We
write in regard to the unauthorized use of the trademark SWEET NOTHINGS
Reg. No. 5,306,700, Ser. No. 87/424,002 by your client, Ms. Beth Porter d/b/a
Sweet Nothings, in violation of our client's federal trademark rights.

As you know, HealthSmart is engaged in the formulation, manufacture and sale
of health food snacks including but not limited to snack bars, snack bites,
shakes, and candies. HealthSmart produces various goods, including its wide
selection of health snack clusters, crisps, and patties that are sold under the
SWEET NOTHINGS trademark. See Exhibit A. HealthSmart owns United
States federal Reg. No. 5,306,700, Ser. No. 87/424,002 for these various goods,
specifically covering "candy, chocolate confections, baked goods, bakery
squares, cupcakes and cakes" (hereinafter referred to as "HealthSmart's
SWEET NOTHINGS Trademark"). See Exhibit B.

HealthSmart has invested substantial time and financial resources in
developing and marketing HealthSmart's SWEET NOTHINGS Trademark as a
reputable brand for health food snacks and as such the trademark serves as a
source identifier of HealthSmart products. As a result of HealthSmart's efforts
over the last half decade, the HealthSmart's SWEET NOTHINGS Trademark
has become widely recognizable among customers of health food snacks and
has come to embody the substantial, valuable goodwill of HealthSmart in the
health food snacks marketplace. Over the past half decade, HealthSmart has
invested approximately USD$150,000 in marketing and promoting the
HealthSmart's SWEET NOTHINGS Trademark in association with health food

snacks. The hard-earned brand recognition and goodwill in the HealthSmart's SWEET NOTHINGS Trademark are valuable business assets of HealthSmart.

It has recently come to our attention that Ms. Porter has been using the SWEET NOTHINGS trademark to market and sell baked nut butter health food snacks including chocolate and peanut butter flavors and chocolate banana peanut butter flavors (hereinafter the "Infringing Goods"). The SWEET NOTHINGS mark has been prominently displayed on packaging and marketing of these Infringing Goods by Ms. Porter. See Exhibit C.

While Ms. Porter owns Registration No. 6,038,059, Ser. No. 88/195,615 (hereinafter "SN '615"), that registration <u>explicitly</u> excludes chocolate confections and bakery squares because during the examination process, the USPTO Examining Attorney refused the application on multiple occasions stating that SN '615 was confusingly similar to HealthSmart's SWEET NOTHINGS Trademark. Furthermore, the only reason SN '615 was allowed to register was because the description of goods was narrowly tailored to preclude Ms. Porter's right to use the mark with the goods outlined in HealthSmart's SWEET NOTHINGS Trademark. See Exhibit D and below:

| Health Smart Inc<br>Reg. No. 5,306,700<br>Ser. No. 87/424,002<br>SWEET NOTHINGS | Porter, Beth<br>Reg. No. 6,038,059<br>Ser. No. 88/195,615<br>SWEET NOTHINGS |
|---|---|
| **Candy; chocolate confections; baked goods, namely, bakery squares, cupcakes, and cakes** | Whole fruit-based, frozen, non-dairy, no added sugar, superfood-rich snack foods; whole fruit-based, frozen, non-dairy, no added sugar, superfood-rich snack foods in the nature of prepared snacks consisting primarily of fruit, and also containing nuts, seeds or both nuts and seeds; **none of the foregoing comprising or including candy, chocolate confections, bakery squares, cupcakes, or cakes** |

Despite the Examiner's clear statements about likelihood of confusions, and despite the explicit limitations to SN '615, Ms. Porter has been producing, marketing and selling chocolate confections and bakery goods among the Infringing Goods. Ms. Porter's use of the HealthSmart's SWEET NOTHINGS

Trademark in association with the Infringing Goods is an unlawful encroachment into Health Smart's product lines under the SWEET NOTHINGS trademark and an infringement of HealthSmart's federal trademark rights.

Additionally, under 15 U.S. Code § 1117(b)(1), knowingly and intentionally using the trademark of another renders an infringer liable for treble damages. We know Ms. Porter is aware of the HealthSmart's SWEET NOTHINGS Trademark because it was cited multiple times as a basis for likelihood of confusion during the examination of her SN '615 and the description of goods for SN '615 was specifically narrowly tailored in order to avoid confusion with the HealthSmart's Reg. No. 5,306,700, Ser. No. 87/424,002. Therefore, Ms. Porter is knowingly and intentionally using HealthSmart's SWEET NOTHINGS trademark in association with the Infringing Goods in violation of §1117(b)(1).

Ms. Porter's infringing use of the HealthSmart's SWEET NOTHINGS Trademark virtually guarantees that customers will be confused about the source of the products being marketed under the SWEET NOTHINGS trademark. This inevitable confusion will cause substantial damage to our client and the costly, hard-earned goodwill it has established in the HealthSmart's SWEET NOTHINGS Trademark. Our client is adamant in the protection of its intellectual property and cannot abide this infringement of its trademark.

Despite the strength of its claims, and its right to treble damages, HealthSmart would prefer to settle this matter quickly and amicably. We believe that it will be a simple matter for Ms. Porter to correct these instances of trademark infringement by promptly removing the Infringing Goods from the market and therefore our client is willing to forego legal action provided that Ms. Porter is cooperative in urgently rectifying this infringement. In order to remedy the infringement, we require that Ms. Porter:

(i) immediately upon receipt of this letter, remove the Infringing Products from the www.eatsweetnothings.com website and all other distribution channels under Ms. Porter's control,

(ii) immediately contact all third-party distributors of the Infringing Products and have the Infringing Products pulled from the market within 30 days of receipt of this letter,

(iii) immediately discontinue all use of the SWEET NOTHINGS trademark in association with all goods listed in the HealthSmart's SWEET NOTHINGS Trademark, and

(iv) within 15 days of receipt of this letter, provide written assurances that Ms. Porter will permanently discontinue any and all use of the HealthSmart's SWEET NOTHINGS Trademark, or confusingly similar variations thereof, in association with any goods that may be likely to infringe or dilute HealthSmart's trademark rights.

We look forward to your cooperation in amicably resolving this matter and request that you confirm in writing, via letter or email, by no later than November 22, 2022 that Ms. Porter will promptly comply with the terms outlined herein. This letter is written without prejudice to any other rights or remedies of HealthSmart, all of which are expressly reserved.

Sincerely,

S. Claire Gibson

Encl: (4)

Cc:      HealthSmart, Inc.

# Exhibit A



**$7 Flat Rate Shipping – FREE Shipping at $70 – 10% Off Orders Over $150 – FREE Cool Ship if Needed**

HealthSmart Foods
*A Better Way to Live.*

Order online or call us 888-524-3314

Account ˅

Search all products...

Products ˅    HOME    NEWS    CONTACT    FAQ

Home / Sweet Nothings Candies

## Sweet Nothings Candies

Sweet Nothings™ is a new line of chocolates significantly reduced in fat, saturated fat, sugar, and calories. This is made possible through an innovation that allows previous chocolate fats to be replaced with a new fat source called Epogee which reduces fat and saturated fat by roughly 67%. Less fat means fewer calories. Lower calorie fats combined with other lower calorie carbohydrates reduces Sweet Nothings™ calorie count to merely ½ that of typical candy. These delicious delights are only 1 Smartpoint® per piece on the Weight Watchers diet.

View  10 ˅          Sort By  Alphabetically, ˅

SOLD OUT

**SWEET NOTHINGS PEANUT CLUSTER BOX OF 14**
☆☆☆☆☆ No reviews
$7.99

**SWEET NOTHINGS PEANUT BUTTER PATTIES BOX OF 16**
☆☆☆☆☆ No reviews
$24.99

**SWEET NOTHINGS PEANUT BUTTER PATTIES BOX OF 14**
☆☆☆☆☆ No reviews
$7.99

# Exhibit B

# United States of America

## United States Patent and Trademark Office

# Sweet Nothings

**Reg. No. 5,306,700**

**Registered Oct. 10, 2017**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

HealthSmart Foods, Inc. (INDIANA CORPORATION)
1325 Newton Ave.
Evansville, INDIANA 47715

CLASS 30: Candy; chocolate confections; baked goods, namely, bakery squares, cupcakes, and cakes

FIRST USE 3-7-2017; IN COMMERCE 3-7-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SWEET"

SER. NO. 87-424,002, FILED 04-25-2017



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# Exhibit C



Case 3:23-cv-00060-MPB-MJD    Document 1-12    Filed 04/13/23    Page 12 of 16 PageID #: 120



Shop All ⌄     Our Story     FAQs     Reviews     Store Locator



# Apple Cinnamon & Chocolate Banana Variety Pack

Try both our Apple Cinnamon and Chocolate Banana Nut Butter Bites today when you buy this bundled variety pack. Each pack contains 24, 2-bite packs so you get to try 12 of each flavor. Just like everything we make, these nut butter bites are plant-based and have no added sugar. We only use simple, organic ingredients you can feel good about eating.

**Flavors:**

Apple Cinnamon & Chocolate Banana Variety Pack    ⇕

**Payment options:**

| One Time | $49.99 |
| Purchase this time only | 24 (2 bite) pack |

**Save Extra 10%**

| Subscribe & Save 10% | ~~$49.99~~ $44.99 |
| Change or cancel anytime | 24 (2 bite) pack |





# Exhibit D

# United States of America

## United States Patent and Trademark Office

# SWEET NOTHINGS

**Reg. No. 6,038,059**

**Registered Apr. 21, 2020**

**Int. Cl.: 29**

**Trademark**

**Principal Register**

Porter, Beth  (UNITED STATES INDIVIDUAL)
715 College Ave
Menlo Park, CALIFORNIA 94025

CLASS 29: Whole fruit-based, frozen, non-dairy, no added sugar, superfood-rich snack foods; whole fruit-based, frozen, non-dairy, no added sugar, superfood-rich snack foods in the nature of prepared snacks consisting primarily of fruit, and also containing nuts, seeds or both nuts and seeds; none of the foregoing comprising or including candy, chocolate confections, bakery squares, cupcakes, or cakes

FIRST USE 9-00-2019; IN COMMERCE 9-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SWEET"

SER. NO. 88-195,615, FILED 11-15-2018



Director of the United States
Patent and Trademark Office

